[Nos. 7855-4-II; 8196-2-II. Division Two. October 7, 1986.]

DENNIS L. WOODMAN, ET AL, *Appellants,* v. PUGET SOUND ESCROW, ET AL, *Respondents.*

DENNIS L. WOODMAN, ET AL, *Appellants,* v. STF REALTY, INC., ET AL, *Respondents.*

Appeals from judgments of the Superior Court for Pierce County, No. 83-2-02937-1, Waldo F. Stone, J., entered May 18 and September 21, 1984. Cause No. 7855-4-II *dismissed* and cause No. 8196-2-II *reversed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Hallowell and Harris, JJ. Pro Tem.

[No. 7564-8-III. Division Three. October 9, 1986.]

BONNIE M. BLOXOM, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 84-2-00193-1, Richard G. Patrick, J., entered December 24, 1985. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.